KENNETH LEE BERNARD, Appellant, v. MILTON GLADSTONE, Respondent, Impleaded with NEW YORK TRUST COMPANY, as Executor, etc., of LILY B. DE LA

* Affd., 267 N. Y. ——.

762

BOILEVERIE, Defendant.— Judgment and orders affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.